IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:21-cr-00233-M

UNITED STATES OF AMERICA,

v.

QUINCY SUTTON,

ORDER

This matter comes before the court on Defendant's motion for reconsideration [DE 57]. On July 12, 2023, the United States moved to continue Defendant's revocation hearing to receive the test results of all substances giving rise to the revocation. DE 56. Two days later, the court published a text order granting "Defendant's second unopposed motion to continue." Defendant now seeks reconsideration "insomuch as the Court ruled on the motion with the belief that it was the defendant's second unopposed motion to continue." DE 57. In the alternative, Defendant requests that the court modify the text order to correct the movant and indicate his opposition. *Id.*

Defendant does not provide an adequate basis for the court to reconsider the continuance. Defendant does show good cause to correct the clerical errors contained in the text order. Therefore, the motion is GRANTED as follows. The text order shall be modified to state: "For good cause shown, the Government's opposed motion to continue the Final Supervised Release Revocation hearing is GRANTED. Defendant's Final Supervised Release Revocation hearing is continued until the 9/26/2023 term of court."

SO ORDERED this 24th day of July, 2023.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE